# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| TAMMY M. CUNNINGHAM, TIMOTHY L. RABOIN, VAN GRIER, and JILLETTA HOWARD, <br><br> Plaintiffs, <br><br> v. <br><br> CCL LABEL, INC., <br><br> Defendant. | Civil Action No.: 3:10-cv-00416-GCM <br><br> **ORDER** |

Upon due consideration of Motion of Defendant to File Answer and Corporate Disclosures Under Seal, and upon due consideration of the record as a whole, it is hereby ORDERED that the Motion be GRANTED and the subject documents, filed by Defendant, be allowed to be filed under seal.

SO ORDERED.

Signed: September 28, 2010

Graham C. Mullen
United States District Judge